HENBY *v.* FORGY.

A mortgage of goods provided that the goods should remain with the mortgagor till demanded by the mortgagee. Replevin by the mortgagee against the mortgagor (under the former practice) to recover the goods. Plea, the general issue. No demand of the goods had been made before suit, but a demand had been made afterward. *Held,* that the suit would not lie.

*Monday, December* 17.

ERROR to the *Miami* Circuit Court.

PERKINS, J.—Replevin. Judgment for the plaintiff. The suit was by the mortgagee to recover from the mortgagor possession of the goods mortgaged.

The mortgage provided that the goods should remain with the mortgagor till demanded by the mortgagee.

This suit was commenced *November* 14, 1850. No demand is shown to have been made till the 12th of *December* following. No cause of action had accrued, therefore, when the suit was instituted, and the suit was prematurely brought. This was an error not cured by a subsequent demand; see *Underwood* v. *Tatham,* 1 Ind. R. 276; nor waived by pleading the general issue. No other question is raised in the case.

*Per Curiam.*—The judgment is reversed with costs. Cause remanded, with instructions to the Circuit Court to dismiss the suit.

*I. Hartman, L. Barbour* and *A. G. Porter,* for the plaintiff.